ALCATEL–LUCENT USA INC.,
Plaintiff–Appellant,

v.

OVERSTOCK.COM, INC.,
Defendant–Appellee,

and

Newegg, Inc., and Magnell Associate, Inc., (doing business as Newegg.com), Defendants–Appellees.

No. 2012–1629.

United States Court of Appeals, Federal Circuit.

May 15, 2013.

Mark C. Fleming, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, MA, argued for plaintiff-appellant. With him on the brief were Lauren B. Fletcher, Anna Lumelsky and Yin Zhou. Of counsel on the brief were Jan M. Conlin and Emmett J. McMahon, Robins, Kaplan, Miller & Ciresi, LLP, of New York, New York.

Edward R. Reines, Weil Gotshal & Manges LLP, of Redwood Shores, CA, argued for defendants-appellees. With him on the brief was Timothy C. Saulsbury. Of counsel on the brief were Kent E. Baldauf, Jr., Daniel H. Brean and Bryan P. Clark, The Webb Law Firm, of Pittsburgh, PA, for defendants-appellees, Newegg, Inc., et al.; John H. Barr, Jr., Jeffrey L. Oldham and Christopher A. Shield, Bracewell & Giuliani, LLP, of Houston, TX, for defendant-appellee, Overstock.com, Inc.

Before DYK, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.